# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 11, 2024

Lyle W. Cayce
Clerk

No. 23-50355
Summary Calendar

───────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GARRY LAVERT SAMUELS,

*Defendant—Appellant*,

CONSOLIDATED WITH

───────────────

No. 23-50363

───────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GARRIE LAVERT SAMUELS,

*Defendant—Appellant*.

───────────────────────────────

Appeals from the United States District Court
for the Western District of Texas

_____

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender, who was appointed to represent Garrie Lavert Samuels in these consolidated appeals, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Samuels has not filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.